# EXHIBIT B

required.
- For an additional fee, delivery may be restricted to the addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

FROM THE OFFICE OF THE
**FAMILY AND CONSUMER LAW CENTER**

*WWW.RICONSUMERLAW.COM*

**CLAUDE F. LEFEBVRE**
**CHRISTOPHER M. LEFEBVRE, P.C.**

*ATTORNEYS & COUNSELORS AT LAW*

Full Spectrum Lending, Inc.
1600 Golf Road, 3rd Floor Suite 300
Rolling Meadows, IL 60008

September 20, 2007

**Re: Notice of Rescission by Jammie M. Margadonna, 37 Iroquois Drive, Warwick, RI 02888-3507, Loan No.: 23365697, Closing Date: 10-23-04**

To Whom It May Concern:

I represent Jammie M. Margadonna concerning the mortgage loan transaction she and her husband entered into with Full Spectrum Lending, Inc. on October 23, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mrs. Margadonna was not provided any material disclosures including but not limited to notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Full Spectrum Lending, Inc. on the Margadonna property located at 37 Iroquois Drive, Warwick, RI 02888 is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Jammie M. Margadonna,**
**By her Attorney,**

[signature]

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Jammie M. Margadonna
Gwyn Williams, Esq.
cc: Countrywide 400 Countrywide Way, SV-11 Simi Valley CA 93065