UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMMIE M. MARGADONNA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., and FULL SPECTRUM LENDING, INC.<br><br>Defendants. | Civil Action No. 07-380 |

**ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendants Countrywide Home Loans, Inc. and Full Spectrum Lending, Inc. (collectively, "Defendants") hereby respectfully move this Court to extend the time in which Defendants must answer or otherwise plead in response to the Complaint up to and including January 5, 2008. In support of this motion, Defendants state that counsel for Plaintiff has agreed to this extension and assented to this motion.

Respectfully submitted,

COUNTRYWIDE HOME LOANS, INC. and
FULL SPECTRUM LENDING, INC.

By their attorneys,

/s/ John B. Daukas_____________
John B. Daukas (R.I Bar No. 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Of Counsel:

U. Gwyn Williams
Jonathan W. Lent
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: November 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2007.

Dated: November 27, 2007

/s/ Jonathan W. Lent_______
Jonathan W. Lent

LIBA/1848312.1