UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMMIE M. MARGADONNA,

Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC.
FULL SPECTRUM LENDING, INC.

Defendants.

Civil Action No. 07-380

**DEFENDANTS COUNTRYWIDE HOME LOANS, INC.'S AND**
**FULL SPECTRUM LENDING, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Countrywide Home Loans, Inc. hereby discloses that its parent corporation is Countrywide Financial Corporation, and that Countrywide Financial Corporation owns 10% or more of the stock of Countrywide Home Loans, Inc. Defendant Full Spectrum Lending, Inc. hereby discloses that its parent corporation was Countrywide Financial Corporation, and that Countrywide Financial Corporation owned 10% or more of the stock of Full Spectrum Lending, Inc.

Respectfully submitted,

COUNTRYWIDE HOME LOANS, INC.
FULL SPECTRUM LENDING, INC.

By their attorneys,

/s/ John B. Daukas

John B. Daukas (R.I Bar No. 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000
jdaukas@goodwinprocter.com

Of Counsel:

U. Gwyn Williams
Jonathan W. Lent
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000
gwilliams@goodwinprocter.com
jlent@goodwinprocter.com

Dated: January 4, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 4, 2008.

Dated: January 4, 2008

/s/ Jonathan W. Lent
Jonathan W. Lent

LIBA/1856386.1