**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JAMMIE M. MARGADONNA,** | : | |
| **Plaintiff,** | : | |
| | : | **C.A. NO. 07-380-S** |
| **VS.** | : | |
| | : | |
| **COUNTRYWIDE HOME LOANS, INC.** | | |
| **FULL SPECTRUM LENDING, INC.** | | |
| | : | |
| **Defendants** | : | |

**PLAINTIFF'S ANSWER TO THE DEFENDANTS COUNTRYWIDE HOME LOANS, INC.'S AND FULL SPECTRUM LENDING, INC.'S COUNTERCLAIM**

Plaintiff Jammie M. Margadonna ("Plaintiff") by and through their attorney, Christopher M. Lefebvre, hereby answer the Counterclaim filed by the Defendants Countrywide Home loans, Inc. and Full Spectrum Lending, Inc. ("Defendants"), and state:

1. Plaintiff admits the allegations set forth in Paragraph 1of the Defendants' Counterclaim.

2. The allegations set forth in Paragraphs 2, 3, 4, 5, and 6 of the Defendants' Counterclaim state conclusions of law to which no response is required To the extent a response is required, Plaintiff denies the allegations set forth in Paragraphs 2, 3, 4, 5, and 6.

3. The remainder of the Defendants' Counterclaim is a prayer for relief to which the Plaintiff is not required to respond. To the extent that a further response may be required, Plaintiff pray that the Defendants' Counterclaim be dismissed with prejudice and that the Court enter a judgment in favor of plaintiff on all counts of the Complaint, that Plaintiff be awarded their costs and expenses including attorney's fees, and for such other relief as the Court deems proper.

**WHEREFORE**, Plaintiff Jammie M. Margadonna pray that the Court dismiss the Defendants' Countrywide Home Loans, Inc. and Full Spectrum Lending, Inc. Counterclaim.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre Christopher Lefebvre PC

P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO#4019
chris@lefebvrelaw.com

**CERTIFICATION**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 8, 2008

Dated: January 8, 2008

/s/Christopher M. Lefebvre