UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMMIE M. MARGADONNA,

Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC.
FULL SPECTRUM LENDING, INC.

Defendants.

Civil Action No. 07-380

**COUNTRYWIDE HOME LOANS, INC.'S**
**AND FULL SPECTRUM LENDING, INC.'S**
**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Countrywide Home Loans, Inc. and Full Spectrum Lending, Inc. hereby disclose that on July 1, 2008 their parent corporation, Countrywide Financial Corporation, became a wholly-owned subsidiary of Bank of America Corporation. Countrywide Financial Corporation is no longer a publicly-traded entity. Bank of America Corporation owns 10% or more of the stock of Countrywide Home Loans, Inc. and Full Spectrum Lending, Inc. No other publicly held company owns more than 10% of the stock of Countrywide Home Loans, Inc. or Full Spectrum Lending, Inc.

Respectfully submitted,

COUNTRYWIDE HOME LOANS, INC. and
FULL SPECTRUM LENDING, INC.

By their attorneys,

/s/ John B. Daukas______________
John B. Daukas (R.I Bar No. 5437)
jdaukas@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Of Counsel:

U. Gwyn Williams
gwilliams@goodwinprocter.com
Jonathan W. Lent
jlent@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: July 9, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 9, 2008.

Dated: July 9, 2008

/s/ John B. Daukas _______
John B. Daukas (R.I Bar No. 5437)

LIBA/1856386.1