UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMMIE M. MARGADONNA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br>FULL SPECTRUM LENDING, INC.,<br><br>Defendants. | C.A. No. 1:07-CV-00380-S-DLM |

**UNOPPOSED MOTION TO EXTEND THE TIME FOR DISCOVERY**

Defendants Countrywide Home Loans, Inc. ("Countrywide") and Full Spectrum Lending, Inc. ("Full Spectrum") (collectively, Countrywide and Full Spectrum are "Defendants") jointly request that the Court extend and otherwise continue the deadline for discovery in this case up to and including November 28, 2008. In support of this motion, Defendants state as follows:

1. This action involves a claim for violations of the Truth in Lending Act, 15 U.S.C. § 1601, *et seq.* arising from the closing of two mortgage loans.

2. The parties have engaged in discovery, including exchanging documents and serving and responding to Interrogatories. An extension of the discovery period is necessary for the parties to complete depositions.

3. Additionally, Defendants have moved for leave to file a third-party complaint, and plaintiff Jammie M. Margadonna ("Plaintiff") does not oppose Defendants' motion. An extension of the discovery period is necessary for the parties to address the legal and factual issues related to Defendants' Third-Party Complaint Against Sharaf, Kelley & Maloney, P.C. ("SKM") for indemnification and contribution, as well as to conduct discovery involving SKM.

4. Prior to filing the Motion for Leave to File Defendants' Third-Party Complaint Against SKM and Defendants' Third-Party Complaint Against SKM, Defendants demanded voluntary indemnification and contribution from SKM without intervention from this Court, but SKM has refused.

5. No party will be prejudiced by the allowance of this Motion to Extend the Time for Discovery, and allowance of this motion will provide judicial economy by permitting Defendants' claims against SKM to be determined in this litigation forum at the same time as Plaintiffs' claims against Defendants.

6. Defendants have conferred with counsel for Plaintiff, and Plaintiff does not oppose this Motion to Extend the Time for Discovery.

WHEREFORE, Defendants Countrywide Home Loans, Inc. and Full Spectrum Lending, Inc. respectfully request that this Court allow this Motion to Extend the Time for Discovery.

Respectfully submitted,

COUNTRYWIDE HOME LOANS, INC. and
FULL SPECTRUM LENDING, INC.

By their attorneys,

/s/ John B. Daukas
John B. Daukas (R.I. Bar No. 5437)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jdaukas@goodwinprocter.com

Of Counsel:

U. Gwyn Williams
Jonathan W. Lent
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel.: 617.570.1000
Fax: 617.523.1231
gwilliams@goodwinprocter.com
jlent@goodwinprocter.com

Dated: July 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 17, 2008.

Dated: July 17, 2008

/s/ John B. Daukas
John B. Daukas