UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMMIE M. MARGADONNA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., FULL SPECTRUM LENDING, INC.,<br><br>Defendants<br><br>COUNTRYWIDE HOME LOANS, INC. and FULL SPECTRUM LENDING, INC.<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>SHARAF, KELLEY & MALONEY, P.C.<br><br>Third-Party Defendant. | C.A. No. 1:07-CV-00380-S-DLM |

**UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND FULL SPECTRUM LENDING, INC.'S THIRD-PARTY COMPLAINT AGAINST SHARAF, KELLEY & MALONEY, P.C.**

Pursuant to Rules 7(b) and 14(a) of the Federal Rules of Civil Procedure, defendants Countrywide Home Loans, Inc. ("Countrywide") and Full Spectrum Lending, Inc. ("Full Spectrum") (collectively, Countrywide and Full Spectrum are "Defendants/Third-Party Plaintiffs") respectfully request leave to file a third-party complaint in the above-captioned action, in the form attached hereto as Exhibit A, against Sharaf, Kelley & Maloney, P.C. ("SKM"). As grounds for this motion, Defendants/Third-Party Plaintiffs state as follows:

1. The current litigation involves a claim for failure to provide Plaintiff Jammie M.

Margadonna ("Plaintiff") with the requisite number of Notices of Right to Cancel under the Truth in Lending Act, 15 U.S.C. § 1601, *et seq.* ("TILA") at the closing of two mortgage loans originated by Full Spectrum.

2. SKM was the settlement agent for the loans at issue in the above-referenced litigation.

3. Under the Closing Instructions for each loan, SKM agreed to provide each person required to sign the Notice of Right to Cancel with two copies of that document. SKM also agreed it was liable for any losses to Defendants/Third-Party Plaintiffs resulting from its failure to follow the Closing Instructions, including its failure to provide the requisite number of copies of the Notice of Right to Cancel.

4. In the event that the trier of fact finds that a TILA violation has occurred, Defendants/Third-Party Plaintiffs contend that SKM is liable in contribution for any harm suffered by Plaintiff from her alleged failure to receive two copies of the Notice of Right to Cancel.

5. Defendants/Third-Party Plaintiffs have demanded voluntary indemnification and contribution from SKM in the above-captioned matter without intervention from this Court. SKM has refused.

6. Allowance of the Motion for Leave to File Defendants/Third-Party Plaintiffs' Third-Party Complaint Against SKM will provide judicial economy by permitting Defendants/Third-Party Plaintiffs' claims against SKM to be determined in this litigation forum at the same time as Plaintiff's claims against Defendants/Third-Party Plaintiffs.

7. Defendants/Third-Party Plaintiffs have conferred with counsel for Plaintiff, and Plaintiff does not oppose this Motion for Motion for Leave to File Defendants/Third-Party

Plaintiffs' Third-Party Complaint Against SKM.

WHEREFORE, Defendants/Third-Party Plaintiffs request that the Unopposed Motion for Leave to File Defendants Countrywide Home Loans, Inc. and Full Spectrum Lending, Inc.'s Third-Party Complaint Against Sharaf, Kelley & Maloney, P.C. be allowed.

Respectfully submitted,

COUNTRYWIDE HOME LOANS, INC. and
FULL SPECTRUM LENDING, INC.

By their attorneys,

/s/ John B. Daukas
John B. Daukas (R.I. Bar No. 5437)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jdaukas@goodwinprocter.com

Of Counsel:

U. Gwyn Williams
Jonathan W. Lent
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel.: 617.570.1000
Fax: 617.523.1231
gwilliams@goodwinprocter.com
jlent@goodwinprocter.com

Dated: July 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 17, 2008.

Dated: July 17, 2008

/s/ John B. Daukas
John B. Daukas