AO 441 (Rev. 04/08) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

Jammie M. Margadonna
Plaintiff
v.
Countrywide Home Loans, Inc. and Full Spectrum Lending, Inc.
Defendant, Third-party plaintiff
v.
Sharaf, Kelley & Maloney, P.C.
Third-party defendant

Civil Action No. 1:07-CV-00380-S-DLM

## Summons on a Third-Party Complaint

To: *(Third-party defendant's name and address)*
Sharaf, Kelley & Maloney, P.C.
1583 Beacon Street
Brookline, MA 02446

A lawsuit has been filed against defendant Countrywide Home Loans, Inc. and Full Spectrum Lending, Inc., who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Jammie M. Margadonna.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff and on the defendant an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant's attorney, whose name and address are:
John B. Daukas
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

It must also be served on the plaintiff's attorney, whose name and address are:
Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: July 25, 2008

Name of clerk of court

Ryan J. Smith
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 441 (Rev. 04/08) Summons on Third-Party Complaint (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on SHAFAT, KELLEY & MALONEY, PC 1583 BEACON STREET BROOKLINE, MASSACHUSETTS 02446 by:

(1) personally delivering a copy of each to the individual at this place, ______________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is JANET BLAKE, PARALEGAL ON JULY 31, 2008 AT 2:15PM IN HAND; or

(4) returning the summons unexecuted to the court clerk on ______________; or

(5) other *(specify)* ______________________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00.

Date: JULY 31, 2008

Harry Levine
Server's signature

HARRY LEVINE PRESIDENT THINK INC.
Printed name and title

22 Cypress Road, Wellesley, MA 02481
Server's address