MJC:tsp 6731/97 \pleading\673197Stip

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMMIE M. MARGADONNA<br>Plaintiff<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC. and<br>FULL SPECTRUM LENDING, INC.<br>Defendants<br><br>COUNTRYWIDE HOME LOANS, INC. and<br>FULL SPECTRUM LENDING, INC.<br>Third-Party Plaintiffs<br><br>vs.<br><br>SHARAF, KELLEY & MALONEY, P.C.<br>Third-Party Defendant | C.A. No. 1:07-CV-00380-S-DLM |

## STIPULATION

The time for the third-party defendant, Sharaf, Kelley & Maloney, P.C., to respond to the third party complaint of Countrywide Home Loans, Inc. and Full Spectrum Lending, Inc. is hereby extended through and including September 10, 2008.

/s/ John B. Daukas
John B. Daukas, Esq. #5437
**Attorney for Countrywide Home Loans, Inc. and Full Spectrum Lending, Inc.**
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA 02109-2881
PHONE: (617) 570-1000

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
**Attorney for Sharaf, Kelley & Maloney, P.C.**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499