MJC:mes 6731/97 \pleading\673197Entry.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMMIE M. MARGADONNA | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| COUNTRYWIDE HOME LOANS, INC., | ) | |
| FULL SPECTRUM LENDING, INC. | ) | C.A. NO. 1:07-CV-00380-S-DLM |
| | ) | |
| VS. | ) | |
| | ) | |
| SHARAF, KELLEY & MALONEY, P.C. | ) | |

**ENTRY OF APPEARANCE**

I, Michael J. Colucci, Esq., hereby enter my appearance on behalf of the third-party defendant, Sharaf, Kelley & Maloney, P.C.

THIRD-PARTY DEFENDANT,
By itsAttorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 10th day of September, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

John B. Daukas, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109-2881

Christopher M. Lefebvre, Esq.
P. O. Box 479
Pawtucket, RI 02862

/s/ Michael J. Colucci