MJC:mes 6731/97 \pleading\673197Answer.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMMIE M. MARGADONNA | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| COUNTRYWIDE HOME LOANS, INC., | ) | |
| FULL SPECTRUM LENDING, INC. | ) | C.A. NO. 1:07-CV-00380-S-DLM |
| | ) | Third-party defendant demands a trial by |
| VS. | ) | jury. |
| | ) | |
| SHARAF, KELLEY & MALONEY, P.C. | ) | |

## ANSWER TO THIRD-PARTY DEFENDANT, SHARAF, KELLEY & MALONEY, P.C.

### PARTIES

1. Unknown and denied.

2. Unknown and denied.

3. Unknown and denied.

4. Admitted.

### COUNT I

5. Third-party defendant incorporates its answers to the said realleged paragraphs.

6. Admit to plaintiff filing an action which is attached. The date thereof is unknown.

7. Admitted.

8. Admitted.

9. Admit that SKM acted as the closing agent.

10. Admitted.

11. Admitted.

12. Admit to the allegations but deny the substance thereof.

13. Admitted.

14. Denied.

15. Denied.

WHEREFORE, third-party defendant demands judgment against the third-party plaintiff.

**AFFIRMATIVE AND/OR OTHER DEFENSES**

1. Third-party defendant pleads statute of limitations.

2. Third-party defendant pleads estoppel.

THIRD-PARTY DEFENDANT,
By its Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 10th day of September, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

John B. Daukas, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109-2881

Christopher M. Lefebvre, Esq.
P. O. Box 479
Pawtucket, RI 02862

/s/ Michael J. Colucci